UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

DAVID POSCHMANN,

    Plaintiff,

v.                                           Case No. 8:21-cv-01918-KKM-AAS

WHITE SANDS BEACH RESORT, INC.,

    Defendant.

_____/

## JOINT NOTICE OF SETTLEMENT

Plaintiff, David Poschmann, ("Plaintiff") and Defendant, White Sands Beach Resort, Inc., ("Defendant") by and through their undersigned counsel, respectfully hereby file this Notice of Settlement and advise the Court that the Parties have fully resolved this dispute and are in the process of preparing and finalizing the necessary documents for final disposition of this matter.

Dated this 13th day of September, 2021.

Respectfully submitted,

| */s/ Jesse I. Unruh* <br> Jesse I. Unruh, Esq. <br> Florida Bar No. 91121 <br> Spire Law, LLC <br> 2752 W. State Road 426, Suite 2088 <br> Oviedo, Florida 32765 <br> Telephone: (407) 494-0135 <br> E-Mail: jesse@spirelawfirm.com <br> sarah@spirelawfirm.com <br><br><br> *Attorney for Defendant* | *By: Drew M. Levitt* <br> Drew M. Levitt, Esq. <br> Bar Number 782246 <br> Lee D. Sarkin, Esq. <br> Bar Number 962848 <br> 4700 N.W. Boca Raton Boulevard <br> Suite 302 <br> Boca Raton, Florida 33431 <br> Telephone: 561.994.6922 <br> Email: drewmlevitt@gmail.com <br> Lsarking@aol.com <br><br> *Attorneys for Plaintiff* |
|---|---|

## CERTIFICATE OF SERVICE

I hereby Certify that on this 13th day of September, 2021, the foregoing was electronically filed with the Court by using the CM/ECF portal, which will send a notice of electronic filing to all counsel of record.

*/s/ Jesse I. Unruh*
Attorney

Respectfully submitted,

SPIRE LAW, LLC
2572 W. State Road 426, Suite 2088
Oviedo, Florida 32765

By:   */s/ Jesse I. Unruh*
        Jesse I. Unruh, Esq.

2

Florida Bar No. 91121
jesse@spirelawfirm.com
sarah@spirelawfirm.com
laura@spirelawfirm.com
Attorney for Defendant| WHITE SANDS BEACH RESORT, INC.